## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE ELLEN KERN,<br>            **Plaintiff,**<br>v.<br>PHOENIXVILLE HOSPITAL, LLC,<br>            **Defendant.** | CIVIL ACTION NO. 20-5817 |

## ORDER

**AND NOW,** this 15th day of July 2022, upon consideration of Plaintiff's Motion for Leave to File Second Amended Complaint [Doc. No. 17] and the related briefing, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. The Second Amended Complaint appended to the Motion as Exhibit A [Doc. No. 17-2] is deemed **FILED**.

2. Defendants shall respond to the Second Amended Complaint no later than 14 days after service of the amended pleading.

3. No later than 7 days after Defendants have filed their response(s) to the Second Amended Complaint, counsel for the parties shall submit a written joint report as to whether additional discovery is required. The joint report should be submitted to Chambers by email to Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov and not filed of record.

It is further **ORDERED** that, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 25] and Plaintiff's Motion for Leave to File Sur-Sur Reply Brief

[Doc. No. 35], the Motions are **DISMISSED as moot** due to the filing of the Second Amended Complaint.

 It is so **ORDERED.**

             **BY THE COURT:**

             /s/ **Cynthia M. Rufe**

             **CYNTHIA M. RUFE, J.**